# United States Court of Appeals
## For the Eighth Circuit

———————————————————

No. 22-1611

———————————————————

Paulo K. Mwassa

*Plaintiff - Appellant*

v.

Presbyterian Homes & Services, (PHS)

*Defendant - Appellee*

——————————

Appeal from United States District Court
for the District of Minnesota

——————————

Submitted: September 22, 2022
Filed: September 30, 2022
[Unpublished]

——————————

Before COLLOTON, KELLY, and KOBES, Circuit Judges.

——————————

PER CURIAM.

Paulo Mwassa appeals the district court's[1] adverse grant of summary judgment
in his employment discrimination action. After careful review of the record and the

———————————

[1]The Honorable Susan Richard Nelson, United States District Judge for the
District of Minnesota.

parties' arguments on appeal, we conclude that the grant of summary judgment was proper.  See Banks v. John Deere & Co., 829 F.3d 661, 665 (8th Cir. 2016) (grant of summary judgment is reviewed de novo).  Accordingly, we affirm.  See 8th Cir. R. 47B.

_____